# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | 8:19-cr-00061-JVS | Date: May 23, 2025 |

Present: The Honorable **JAMES V SELNA, U.S. DISTRICT COURT JUDGE**

Interpreter: N/A

| Elsa Vargas | Not Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti | NOT | | | | NOT | | |

**Proceedings:** [IN CHAMBERS] Minute Order Continuing Re-Sentencing Date

The Court on its own motion, and with the agreement of counsel, hereby CONTINUES the Re-Sentencing hearing from Tuesday, May 27, 2025 at 9:00 a.m. to Thursday, June 12, 2025 at 9:00 a.m.

The Court orders the United States Marshal to have defendant transported from FCI Terminal Island to the Ronald Reagan Federal Building in Santa Ana, California on June 12, 2025 at 9:00 a.m.

It is so Ordered.

cc:  USPPO
     USM-SA